# Exhibit D-1

**US 6,996,727**

Analysis of Infringement of U.S. Patent No. 6,996,727 by Hat World, Inc. d/b/a Lids
(Based on Public Information Only)

Near Field Electronics LLC ("Near Field") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 6,996,727, entitled "Power Supply for Universal Serial Bus Interface with Programmable Bus Pullup Resistor" (the "'727 patent") by Hat World, Inc. d/b/a Lids ("Lids"). The following chart illustrates an exemplary analysis regarding infringement by Lids' NXP PN512 NFC Front-End or NFC front-end components with similar NFC functionality to the NXP PN512 (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Lids has not yet provided any non-public information.

Unless otherwise noted, Near Field contends that Lids directly infringes the '727 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Near Field believes and contends that each element of each claim asserted herein is literally met through Lids' provision of the Accused Instrumentalities. However, to the extent that Lids attempts to allege that any asserted claim element is not literally met, Near Field believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Near Field did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Near Field notes that the present claim chart and analysis are necessarily preliminary in that Near Field has not obtained substantial discovery from Lids nor has Lids disclosed any detailed analysis for its non-infringement position, if any. Further, Near Field does not have the benefit of claim construction or expert discovery. Near Field reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Near Field, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

**US 6,996,727**

| Claim # | Accused Instrumentalities |
|---|---|
| 18. A method for supplying a voltage level comprising the steps of:<br>(A) generating a voltage; | The Accused Instrumentalities perform a method for supplying a voltage level comprising the step of generating a voltage.<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Lids, such as the Verifone P400.<br><br><br> |

**US 6,996,727**

| | |
|---|---|
| | Photo taken by Plaintiff at 2601 Preston Rd #2120, Frisco, TX 75034<br><br><br>Plaintiff Teardown of Verifone P400 device<br><br>The TX1 and TX2 output drivers comprise a voltage generation portion to amplify the signal received from the transmitter Control block modulator/driver pre-stages and generates the RF voltage that appears on the two-wire bus leading to the Antenna. |

US 6,996,727

<table>
<tr><td></td><td>

Fig 2. Detailed block diagram of the PN512<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 2 at 3.</td></tr>
<tr><td>(B) reducing current consumption in a first mode when said voltage comprises a power down voltage level;</td><td>The Accused Instrumentalities perform the step of reducing current consumption in a first mode (soft power down mode) when said voltage comprises a power down voltage level.</td></tr>
</table>

## 15.2 Soft power-down mode

Soft Power-down mode is entered immediately after the CommandReg register's PowerDown bit is set to logic 1. All internal current sinks are switched off, including the oscillator buffer. However, the digital input buffers are not separated from the input pins and keep their functionality. The digital output pins do not change their state.

During soft power-down, all register values, the FIFO buffer content and the configuration keep their current contents.

After setting the PowerDown bit to logic 0, it takes 1024 clocks until the Soft power-down mode is exited indicated by the PowerDown bit. Setting it to logic 0 does not immediately clear it. It is cleared automatically by the PN512 when Soft power-down mode is exited.

PN512 Product Data Sheet Rev. 5.3, 2020, Section 15.2 at 98.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $I_{pd}$ | power-down current | $V_{DDA} = V_{DDD} = V_{DD(TVDD)} = V_{DD(PVDD)} = 3$ V | | | | | |
| | | hard power-down; pin NRSTPD set LOW | [4] | - | - | 5 | µA |
| | | soft power-down; RF level detector on | [4] | - | - | 10 | µA |
| $I_{DDD}$ | digital supply current | pin DVDD; $V_{DDD} = 3$ V | | - | 6.5 | 9 | mA |
| $I_{DDA}$ | analog supply current | pin AVDD; $V_{DDA} = 3$ V, CommandReg register's RcvOff bit = 0 | | - | 7 | 10 | mA |
| | | pin AVDD; receiver switched off; $V_{DDA} = 3$ V, CommandReg register's RcvOff bit = 1 | | - | 3 | 5 | mA |
| $I_{DD(PVDD)}$ | PVDD supply current | pin PVDD | [5] | - | - | 40 | mA |
| $I_{DD(TVDD)}$ | TVDD supply current | pin TVDD; continuous wave | [6][7][8] | - | 60 | 100 | mA |

<table>
<tr>
<td></td>
<td>
PN512 Product Data Sheet Rev. 5.3, 2020, Table 1 at 4.
Table 94. Description of GsNOnReg bits
<table>
<tr><th>Bit</th><th>Symbol</th><th>Description</th></tr>
<tr><td>7 to 4</td><td>CWGsNOn</td><td>The value of this register defines the conductance of the output N-driver during times of no modulation. This may be used to regulate the output power and subsequently current consumption and operating distance.<br>Note: The conductance value is binary weighted.<br>Note: During soft Power-down mode the highest bit is forced to 1.<br>Note: This value is only used if the driver TX1 or TX2 are switched on. Otherwise the value of the bits CWGsNOff of register GsNOffReg is used.</td></tr>
</table>
PN512 Product Data Sheet Rev. 5.3, 2020, Table 94 at 56.
</td>
</tr>
</table>

| | |
|---|---|
| | **Table 96. Description of CWGsPReg bits**<br><br>Bit \| Symbol \| Description<br>7 to 6 \| - \| Reserved for future use.<br>5 to 0 \| CWGsP \| The value of this register defines the conductance of the output P-driver. This may be used to regulate the output power and subsequently current consumption and operating distance.<br>Note: The conductance value is binary weighted.<br>Note: During soft Power-down mode the highest bit is forced to 1.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Table 96 at 56.<br><br>The power-down voltage level of Soft power-down mode is different from an unpowered state (as in Hard power-down) or a disconnected state (as in Transmitter power-down mode).<br><br>**15.1 Hard power-down**<br><br>Hard power-down is enabled when pin NRSTPD is LOW. This turns off all internal current sinks including the oscillator. All digital input buffers are separated from the input pins and clamped internally (except pin NRSTPD). The output pins are frozen at either a HIGH or LOW level.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 15.1 at 98. |

| | |
|---|---|
| | **15.3 Transmitter power-down mode**<br>The Transmitter Power-down mode switches off the internal antenna drivers thereby, turning off the RF field. Transmitter power-down mode is entered by setting either the TxControlReg register's Tx1RFEn bit or Tx2RFEn bit to logic 0.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 15.3 at 98. |
| (C) not reducing current consumption in a second mode when said voltage comprises a standard voltage level; and | The Accused Instrumentalities perform the step of not reducing current consumption in a second mode when said voltage comprises a standard voltage level (i.e. normal operation).<br><br>(table below)<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Table 1 at 4. |
| (D) pulling up a pullup resistor on a | The Accused Instrumentalities perform the step of pulling up a pullup resistor on a bus external to said power supply device using and a programmable resistor when in said first mode and said programmable resistor is |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $I_{pd}$ | power-down current | $V_{DDA} = V_{DDD} = V_{DD(TVDD)} = V_{DD(PVDD)} = 3$ V | | | | | |
| | | hard power-down; pin NRSTPD set LOW | [4] | - | - | 5 | µA |
| | | soft power-down; RF level detector on | [4] | - | - | 10 | µA |
| $I_{DDD}$ | digital supply current | pin DVDD; $V_{DDD} = 3$ V | | - | 6.5 | 9 | mA |
| $I_{DDA}$ | analog supply current | pin AVDD; $V_{DDA} = 3$ V, CommandReg register's RcvOff bit = 0 | | - | 7 | 10 | mA |
| | | pin AVDD; receiver switched off; $V_{DDA} = 3$ V, CommandReg register's RcvOff bit = 1 | | - | 3 | 5 | mA |
| $I_{DD(PVDD)}$ | PVDD supply current | pin PVDD | [5] | - | - | 40 | mA |
| $I_{DD(TVDD)}$ | TVDD supply current | pin TVDD; continuous wave | [6][7][8] | - | 60 | 100 | mA |

**US 6,996,727**

| | |
|---|---|
| bus external to said power supply device using and a programmable resistor when in said first mode and said programmable resistor is controlled by a register loaded from a nonvolatile memory. | controlled by a register loaded from a nonvolatile memory.<br><br>The conductance and resistance of the TX1 and TX2 output drivers are controlled by respective programmable resistors which are controlled by the GsNOnReg and CWGsPReg registers, loaded from nonvolatile memory.<br><br> |

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 2 at 3. |

| | |
|---|---|
| | **8.2.3.7 GsNOnReg**<br>Selects the conductance for the N-driver of the antenna driver pins TX1 and TX2 when the driver is switched on.<br>**Table 93. GsNOnReg register (address 27h); reset value: 88h, 10001000b**<br>(see table below)<br>**Table 94. Description of GsNOnReg bits**<br>(see table below) |

**Table 93. GsNOnReg register (address 27h); reset value: 88h, 10001000b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | CWGsNOn | | | | ModGsNOn | | | |
| Access Rights | r/w | r/w | r/w | r/w | r/w | r/w | r/w | r/w |

**Table 94. Description of GsNOnReg bits**

| Bit | Symbol | Description |
|---|---|---|
| 7 to 4 | CWGsNOn | The value of this register defines the conductance of the output N-driver during times of no modulation. This may be used to regulate the output power and subsequently current consumption and operating distance.<br>Note: The conductance value is binary weighted.<br>Note: During soft Power-down mode the highest bit is forced to 1.<br>Note: This value is only used if the driver TX1 or TX2 are switched on. Otherwise the value of the bits CWGsNOff of register GsNOffReg is used. |
| 3 to 0 | ModGsNOn | The value of this register defines the conductance of the output N-driver for the time of modulation. This may be used to regulate the modulation index.<br>Note: The conductance value is binary weighted.<br>Note: During soft Power-down mode the highest bit is forced to 1.<br>Note: This value is only used if the driver TX1 or Tx2 are switched on. Otherwise the value of the bits ModsNOff of register GsNOffReg is used. |

US 6,996,727

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.3.7 at 56.<br><br>**8.2.3.8 CWGsPReg**<br>Defines the conductance of the P-driver during times of no modulation<br><br>**Table 95. CWGsPReg register (address 28h); reset value: 20h, 00100000b** (see table below)<br><br>**Table 96. Description of CWGsPReg bits** (see table below)<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.3.8 at 56. |

**Table 95. CWGsPReg register (address 28h); reset value: 20h, 00100000b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | CWGsP | | | | | |
| Access Rights | RFU | RFU | r/w | r/w | r/w | r/w | r/w | r/w |

**Table 96. Description of CWGsPReg bits**

| Bit | Symbol | Description |
|---|---|---|
| 7 to 6 | - | Reserved for future use. |
| 5 to 0 | CWGsP | The value of this register defines the conductance of the output P-driver. This may be used to regulate the output power and subsequently current consumption and operating distance.<br>Note: The conductance value is binary weighted.<br>Note: During soft Power-down mode the highest bit is forced to 1. |